Nos. 823, 824 and 825. HUMMEL, TRUSTEE IN BANKRUPTCY, *v.* CARDWELL ET AL. March 25, 1946. Petition for writs of certiorari to the Supreme Court of Illinois denied. *Sidney H. Block* for petitioner. *Dwight S. Bobb*

794

for Cardwell, *Maurice P. Golden* for Huszagh, and *M. Manning Marcus* for Wegg, respondents.